B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
ALEX A TERAN

Case No. 2114773

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC

OneMain Financial

-------------------------------------------  
Name of Transferee

-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 3  
Amount of Claim: $13,107.68  
Date Claim Filed: 06/22/2021

Phone: (877)829-8298  
Last Four Digits of Acct # : 2811

Phone:  
Last Four Digits of Acct #: 2811

Name and Address where transferee payments Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ONEMAIN FINANCIAL GROUP, LLC  
100 INTERNATIONAL DRIVE  
BALTIMORE MD 21202

Phone: (877)829-8298  
Last Four Digits of Acct # : 2811

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Martine Evans

Date: 8/18/2021

-------------------------------------------  
   Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT A
## ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2017-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2017-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2018-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; SPRINGLEAF FUNDING TRUST 2015-B, a Delaware statutory trust; and SPRINGLEAF FUNDING TRUST 2017-A; a Delaware statutory trust, ("OneMain") has entered into that certain Account Purchase and Sale Agreement dated December 15, 2020, ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers' rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 16th day of July, 2021.

## ASSIGNMENT AND BILL OF SALE
### SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2017-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2017-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2018-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; SPRINGLEAF FUNDING TRUST 2015-B, a Delaware statutory trust; and SPRINGLEAF FUNDING TRUST 2017-A; a Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a
Delaware limited liability company

By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director

ONEMAIN FINANCIAL (HI), INC. a Hawaii
corporation

By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director

ONEMAIN FINANCIAL, INC., (WV), a West
Virginia corporation

By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director

ONEMAIN FINANCIAL OF MINNESOTA,
INC., a Minnesota corporation

By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

By: _____
    DocuSigned by:
    Naomi Muellner
    48CB9137B3E54DC...

Name: Naomi Muellner

Title: Authorized Signer