B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of **New Jersey**

In re **Alex A. Teran**, Case No. **21-14773-ABA**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **MidFirst Bank** | **HomeBridge Financial Services, Inc** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
MidFirst Bank, Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 6300

Court Claim # (if known): 6-1
Amount of Claim: $352,970.81
Date Claim Filed: 07/22/2021

Phone: 609-883-3900
Last Four Digits of Acct. #: 8348

Name and Address where transferee payments should be sent (if different from above):
MidFirst Bank, Bankruptcy Payments
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 6300

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *[signature]*    Date: 09/15/2021
Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.