Certificate Number: 17572-NJ-DE-036049422

Bankruptcy Case Number: 21-14773



17572-NJ-DE-036049422

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 7, 2021</u>, at <u>6:30</u> o'clock <u>PM PDT</u>, <u>Alex Teran</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>October 7, 2021</u>          By:   <u>/s/Leigh-Anna M Thompson</u>

　　　　　　　　　　　　　　　　　Name:   <u>Leigh-Anna M Thompson</u>

　　　　　　　　　　　　　　　　　Title:   <u>Counselor</u>