Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  21−14773−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alex A. Teran
    147 Greenbrook Drive
    Marlton, NJ 08053

Social Security No.:
    xxx−xx−0261

Employer's Tax I.D. No.:

_____

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on January 31, 2022, the court entered the following judgment or order on the court's
docket in the above−captioned case:

Document Number: 39 − 38
Order Granting Application for Extension of Loss Mitigation (Related Doc # 38). Loss Mitigation Period Extended
to: April 23, 2022. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate
parties. See BNC Certificate of Notice. Signed on 1/31/2022. (har)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system
(CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 31, 2022
JAN: har

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 21-14773-ABA

Alex A. Teran                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 31, 2022 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

**Recip ID              Recipient Name and Address**
lm                    +  Homebridge Financial Services, PO Box 77404, Ewing, NJ 08628-6404

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
            on behalf of Loss Mitigation Homebridge Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
            on behalf of Creditor HomeBridge Financial Services  Inc dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
            ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin C. Fayette
            on behalf of Debtor Alex A. Teran kfayette@kevinfayette.com

U.S. Trustee
            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5