UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1.      I, _____ :

❑  represent the _____ in the above-captioned matter.

❑  am the secretary/paralegal for _____, who represents the
_____ in the above captioned matter.

❑  am the _____ in the above case and am representing myself.

2.      On _____, I sent a copy of the following pleadings and/or documents to the
parties listed in the chart below:

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of
service indicated.

Dated: _____          _____
                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Albert Russo**<br>**Standing Chapter 13 Trustee** | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Alex A. Teran**<br>**147 Greenbrook Drive**<br>**Marlton, NJ 08053** | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Associated Credit Services Inc.**<br>**115 Flanders Road**<br>**Suite 140**<br>**P.O. Box 5171**<br>**Westborough, MA 01581-5171** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **ComenityCapital/Boscov**<br>**Attn: Bankruptcy Dept**<br>**Po Box 182125**<br>**Columbus, OH 43218** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Convergent Outsourcing, INC**<br>**PO BOX 9004**<br>**Renton, WA 98057** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Delta Outsource Group**<br>**62 N. Central Drive**<br>**O Fallon, MO 63366** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

*rev. 8/1/15*

| | | |
|---|---|---|
| | | ☐ Other ___<br>(as authorized by the court *) |
| **DNF Associates, LLC as assignee of The Bank of Missouri**<br>**C/O Ragan & Ragan, PC**<br>**3100 Route 138 West Brinley Plaza Bldg 1**<br>**Wall, NJ 07719** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Fair Collections & Outsourcing**<br>**Attn:  Bankruptcy Dept**<br>**12304 Baltimore Ave Suite #E**<br>**Beltsville, MD 20705** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Genesis Credit/Celtic Bank**<br>**Attn: Bankruptcy**<br>**Po Box 4477**<br>**Beaverton, OR 97076** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Leonard Franco**<br>**Midland Credit Management, Inc.**<br>**1037 Raymomnd Boulevard, Suite 710**<br>**Newark, NJ 07102** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Leonard Franco**<br>**Midland Credit Management, Inc.**<br>**1037 Raymomnd Boulevard, Suite 710**<br>**Newark, NJ 07102** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Leonard Franco**<br>**Midland Credit Management, Inc.**<br>**1037 Raymomnd Boulevard, Suite 710**<br>**Newark, NJ 07102** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Leonard Franco**<br>**Midland Credit Management, Inc.**<br>**1037 Raymomnd Boulevard, Suite 710** | Creditor | ☐ Hand-delivered<br>☑ Regular mail |

*rev. 8/1/15*

| | | |
|---|---|---|
| **Newark, NJ 07102** | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **LVNV Funding LLC<br>P.O. Box 10497<br>Greenville, SC 29603** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **MidFirst Bank,<br>999 NW Grand Blvd. #110<br>Oklahoma City, OK 73118-6077** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midland Funding<br>Attn: Bankruptcy<br>350 Camino De La Reine<br>Suite 100<br>San Diego, CA 92108** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midland Funding<br>Attn: Bankruptcy<br>350 Camino De La Reine<br>Suite 100<br>San Diego, CA 92108** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midland Funding<br>Attn: Bankruptcy<br>350 Camino De La Reine<br>Suite 100<br>San Diego, CA 92108** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midland Funding<br>Attn: Bankruptcy<br>350 Camino De La Reine<br>Suite 100<br>San Diego, CA 92108** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

*rev. 8/1/15*

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **OneMain Financial**<br>**Attn: Bankruptcy**<br>**Po Box 3251**<br>**Evansville, IN 47731** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Portfolio Recovery Associates, LLC**<br>**Attn: Bankruptcy**<br>**120 Corporate Boulevard**<br>**Norfolk, VA 23502** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Radius Global Solutions**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Resurgent Capital Services**<br>**Attn: Bankruptcy**<br>**Po Box 10497**<br>**Greenville, SC 29603** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Second Round**<br>**P.O. Box 41955**<br>**Austin, TX 78704** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **USAA Federal Savings Bank**<br>**Attn: Bankruptcy**<br>**10750 Mcdermott Freeway**<br>**San Antonio, TX 78288** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **USDOE/GLELSI**<br>**Attn: Bankruptcy**<br>**Po Box 7860**<br>**Madison, WI 53707** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |

*rev. 8/1/15*

| | | |
|---|---|---|
| | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Verizon Wireless**<br>**500 Technology Drive**<br>**Suite 500**<br>**Weldon Springs, MO 63304** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **WSFS, FSB, As Trustee for CVI SGP Acquis**<br>**C/O Faloni Law Group, LLC.**<br>**425 Eagle Rock Avenue**<br>**Suite 404**<br>**Roseland, NJ 07068** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*