Case 21-14773-ABA    Doc 61    Filed 01/14/23    Entered 01/15/23 00:18:12    Desc Imaged
Certificate of Notice    Page 1 of 4

Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−14773−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alex A. Teran
  147 Greenbrook Drive
  Marlton, NJ 08053

Social Security No.:
  xxx−xx−0261

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 12, 2023.

Dated: January 12, 2023
JAN: har

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14773-ABA |
| Alex A. Teran | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2023 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alex A. Teran, 147 Greenbrook Drive, Marlton, NJ 08053-1428 |
| cr | + | HomeBridge Financial Services, Inc, Attn: Cenlar FSB, Bankruptcy Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| lm | + | Homebridge Financial Services, PO Box 77404, Ewing, NJ 08628-6404 |
| 519233947 | + | DNF Associates, LLC as assignee of The, Bank of Missouri, C/O Ragan & Ragan, PC, 3100 Route 138 West Brinley Plaza Bldg 1, Wall, NJ 07719-9021 |
| 519233946 | #+ | Delta Outsource Group, 62 N. Central Drive, O Fallon, MO 63366-2336 |
| 519267504 | + | HomeBridge Financial Services, Inc., Attn: Cenlar Bankruptcy Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519233950 | + | Homebridge Financial Services, Inc, Cenlar FSB Attn BK Dept, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 519233951 | + | Leonard Franco, Midland Credit Management, Inc., 1037 Raymomnd Boulevard, Suite 710, Newark, NJ 07102-5427 |
| 519233968 | + | WSFS, FSB, As Trustee for CVI SGP Acquis, C/O Faloni Law Group, LLC., 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519233944 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2023 20:47:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519233945 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 12 2023 20:47:00 | Convergent Outsourcing, INC, PO BOX 9004, Renton, WA 98057-9004 |
| 519233948 | ^ | MEBN | Jan 12 2023 20:43:50 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 519233949 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 12 2023 20:48:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519288526 | + | Email/Text: bncmail@w-legal.com | Jan 12 2023 20:47:00 | Intercoastal Financial, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519233955 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:45 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 519237392 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 21-14773-ABA   Doc 61   Filed 01/14/23   Entered 01/15/23 00:18:12   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: plncf13 | Total Noticed: 37 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 519264534 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:44 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519309417 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 12 2023 20:58:48 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519309416 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 12 2023 20:58:18 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519233956 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2023 20:47:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519270325 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 12 2023 20:47:00 | Navy Federal Credit Union, P.O Box 3000, Merrifield, VA 22119-3000 |
| 519233960 | + Email/PDF: cbp@onemainfinancial.com | Jan 12 2023 20:58:50 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519233961 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 20:58:54 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519293112 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 20:58:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519293113 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 20:58:31 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519267766 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 20:58:24 | Portfolio Recovery Associates, LLC, c/o Ashley Homestore, POB 41067, Norfolk VA 23541 |
| 519257287 | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 20:47:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519233962 | + Email/Text: ngisupport@radiusgs.com | Jan 12 2023 20:46:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519233963 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:25 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519233964 | + Email/Text: bankruptcy@second-round.com | Jan 12 2023 20:47:00 | Second Round, P.O. Box 41955, Austin, TX 78704-0033 |
| 519238654 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 12 2023 20:46:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519233965 | + Email/Text: bkelectronicnotices@usaa.com | Jan 12 2023 20:46:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 519233966 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 12 2023 20:46:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519279580 | + Email/PDF: ebn_ais@aisinfo.com | Jan 12 2023 20:58:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519233967 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 12 2023 20:45:00 | Verizon Wireless, 500 Technology Drive, Suite 500, Weldon Springs, MO 63304-2225 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 12, 2023 | Form ID: plncf13 | Total Noticed: 37

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519233952 | *+ | Leonard Franco, Midland Credit Management, Inc., 1037 Raymomnd Boulevard, Suite 710, Newark, NJ 07102-5427 |
| 519233953 | *+ | Leonard Franco, Midland Credit Management, Inc., 1037 Raymomnd Boulevard, Suite 710, Newark, NJ 07102-5427 |
| 519233954 | *+ | Leonard Franco, Midland Credit Management, Inc., 1037 Raymomnd Boulevard, Suite 710, Newark, NJ 07102-5427 |
| 519233957 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519233958 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519233959 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519233943 | ## | Associated Credit Services Inc., 115 Flanders Road, Suite 140, P.O. Box 5171, Westborough, MA 01581-5171 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Loss Mitigation Homebridge Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor Alex A. Teran kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6