Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-14773 (ABA)

Alex A. Teran  
147 Greenbrook Drive  
Marlton, NJ  08053

Monthly Payment: $306.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2023 | $305.00 | 02/08/2023 | $305.00 | 03/08/2023 | $305.00 | 04/25/2023 | $300.00 |
| 05/08/2023 | $305.00 | 06/08/2023 | $305.00 | 07/11/2023 | $305.00 | 08/08/2023 | $305.00 |
| 09/11/2023 | $305.00 | 10/23/2023 | $319.00 | 11/22/2023 | $306.00 | 12/27/2023 | $306.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALEX A. TERAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KEVIN C. FAYETTE, ESQUIRE | 13 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 1 | ASSOCIATED CREDIT SERVICES INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $532.19 | $0.00 | $532.19 | $0.00 |
| 3 | CONVERGENT OUTSOURCING, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DNF ASSOCIATES, LLC AS ASSIGNEE OF THE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DELTA OUTSOURCE GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FAIR COLLECTIONS & OUTSOURCING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | GENESIS CREDIT/CELTIC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $1,545.45 | $0.00 | $1,545.45 | $0.00 |
| 10 | LEONARD FRANCO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MIDLAND FUNDING | 24 | $1,896.00 | $0.00 | $1,896.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $13,107.68 | $0.00 | $13,107.68 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $734.83 | $0.00 | $734.83 | $0.00 |
| 14 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SECOND ROUND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. DEPARTMENT OF EDUCATION | 33 | $58,220.65 | $0.00 | $58,220.65 | $0.00 |
| 20 | VERIZON BY AMERICAN INFOSOURCE | 33 | $3,155.61 | $0.00 | $3,155.61 | $0.00 |
| 21 | LVNV FUNDING, LLC | 24 | $5,625.46 | $1,988.14 | $3,637.32 | $1,988.14 |
| 22 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | KEVIN C. FAYETTE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NAVY FEDERAL CREDIT UNION | 33 | $221.50 | $0.00 | $221.50 | $0.00 |
| 26 | VERIZON BY AMERICAN INFOSOURCE | 33 | $113.00 | $0.00 | $113.00 | $0.00 |
| 27 | HOMEBRIDGE FINANCIAL SERVICES, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | HOMEBRIDGE FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | CENLAR, FSB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | INTERCOASTAL FINANCIAL, LLC | 33 | $634.84 | $0.00 | $634.84 | $0.00 |
| 31 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | NAVY FEDERAL CREDIT UNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | UNITED STATES DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | VERIZON BY AMERICAN INFOSOURCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | MIDLAND FUNDING | 24 | $1,634.00 | $0.00 | $1,634.00 | $0.00 |
| 39 | MIDLAND FUNDING | 24 | $1,491.00 | $0.00 | $1,491.00 | $0.00 |
| 40 | MIDLAND FUNDING | 24 | $2,283.00 | $0.00 | $2,283.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2021 | 18.00 | $0.00 |
| 01/01/2023 | Paid to Date | $5,795.00 |
| 02/01/2023 | 41.00 | $306.00 |
| 07/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,671.00 |
| Total paid to creditors this period: | $1,988.14 |
| Undistributed Funds on Hand: | $2,857.45 |
| Arrearages: | $306.00 |
| Attorney: | KEVIN C. FAYETTE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**