UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

    Alex A. Teran

Case No.: _____ 21-14773 _____

Chapter: _____ 13 _____

Judge: _____ ABA _____

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Alex A. Teran _____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 6-22-2026

Debtor's Signature

### IMPORTANT:

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.

*rev.6/16/17*