QUNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW B. FINBERG
 CHAPTER 13 STANDING TRUSTEE
 CHERRY TREE CORPORATE CENTER
 535 ROUTE 38, SUITE 580
 CHERRY HILL, NJ 08002

In Re:

ALEX A. TERAN

Case No.:      21-14773

Chapter:      13

Judge:      ABA

## NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 3011-1(a)

**ANDREW B. FINBERG,** Trustee in the above captioned matter states that the entire amount in Andrew B. Finberg the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court payable to the Clerk, United States Bankruptcy Court as listed below. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| MIDLAND FUNDING<br><br>350 CAMINO DE LA REINE, SUITE 100<br><br>SAN DIEGO, CA 92108 | $1,896.00 |

Date:   JULY 2, 2026                                  */s/ Andrew B. Finberg, Trustee*

*rev.8/1/15*