**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alex A. Teran | Social Security number or ITIN   xxx–xx–0261 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–14773–ABA

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alex A. Teran

7/16/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W          **Chapter 13 Discharge**          page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 21-14773-ABA

Alex A. Teran                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                              Page 1 of 4
Date Rcvd: Jul 16, 2026                 Form ID: 3180W                           Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alex A. Teran, 147 Greenbrook Drive, Marlton, NJ 08053-1428 |
| 519233943 | + | Associated Credit Services Inc., 115 Flanders Road, Suite 140, P.O. Box 5171, Westborough, MA 01581-1087 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2026 21:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2026 21:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 16 2026 21:55:00 | Homebridge Financial Services, PO Box 77404, Ewing, NJ 08628 |
| cr | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 16 2026 21:55:00 | HomeBridge Financial Services, Inc, Attn: Cenlar FSB, Bankruptcy Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519233944 | + | EDI: WFNNB.COM | Jul 17 2026 01:20:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519233945 | + | EDI: CONVERGENT.COM | Jul 17 2026 01:20:00 | Convergent Outsourcing, INC, PO BOX 9004, Renton, WA 98057-9004 |
| 519233947 | ^ | MEBN | Jul 16 2026 21:46:52 | DNF Associates, LLC as assignee of The, Bank of Missouri, C/O Ragan & Ragan, PC, 3100 Route 138 West Brinley Plaza Bldg 1, Wall, NJ 07719-9021 |
| 519233948 | + | Email/Text: bankruptcy@fco.com | Jul 16 2026 21:55:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 519233949 | + | EDI: PHINGENESIS | Jul 17 2026 01:20:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519267504 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 16 2026 21:55:00 | HomeBridge Financial Services, Inc., Attn: Cenlar Bankruptcy Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519233950 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 16 2026 21:55:00 | Homebridge Financial Services, Inc, Cenlar FSB Attn BK Dept, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 519288526 | + | Email/Text: bncmail@w-legal.com | Jul 16 2026 21:56:00 | Intercoastal Financial, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, |

District/off: 0312-1     User: admin     Page 2 of 4

Date Rcvd: Jul 16, 2026     Form ID: 3180W     Total Noticed: 37

| | | | |
|---|---|---|---|
| | | | Seattle, WA 98121-3132 |
| 519233955 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 21:58:16 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 519237392 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 21:58:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519264534 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 21:58:16 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519233951 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 21:56:00 | Leonard Franco, Midland Credit Management, Inc., 1037 Raymomnd Boulevard, Suite 710, Newark, NJ 07102-5423 |
| 519309417 | + EDI: AISMIDFIRST | Jul 17 2026 01:20:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519309416 | + EDI: AISMIDFIRST | Jul 17 2026 01:20:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519233956 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 21:56:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519270325 | + EDI: NFCU.COM | Jul 17 2026 01:20:00 | Navy Federal Credit Union, P.O Box 3000, Merrifield, VA 22119-3000 |
| 519233960 | + EDI: AGFINANCE.COM | Jul 17 2026 01:20:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519233961 | EDI: PRA.COM | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519293112 | EDI: PRA.COM | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519293113 | EDI: PRA.COM | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519267766 | EDI: PRA.COM | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, c/o Ashley Homestore, POB 41067, Norfolk VA 23541 |
| 519257287 | EDI: Q3G.COM | Jul 17 2026 01:20:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519233962 | + Email/Text: ngisupport@radiusgs.com | Jul 16 2026 21:55:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519233963 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 21:58:25 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519233964 | + EDI: SECONDROUND.COM | Jul 17 2026 01:20:00 | Second Round, P.O. Box 41955, Austin, TX 78704-0033 |
| 519238654 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 16 2026 21:56:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519233965 | + Email/Text: bkelectronicnotices@usaa.com | Jul 16 2026 21:54:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 519233966 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 16 2026 21:56:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519279580 | + EDI: AIS.COM | Jul 17 2026 01:20:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Jul 16, 2026 | Form ID: 3180W | Total Noticed: 37

| | | | |
|---|---|---|---|
| 519233967 | + EDI: VERIZONCOMB.COM | | |
| | | Jul 17 2026 01:20:00 | Verizon Wireless, 500 Technology Drive, Suite 500, Weldon Springs, MO 63304-2225 |
| 519233968 | ^ MEBN | | |
| | | Jul 16 2026 21:48:51 | WSFS, FSB, As Trustee for CVI SGP Acquis, C/O Faloni Law Group, LLC., 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519233952 | *+ | Leonard Franco, Midland Credit Management, Inc., 1037 Raymomnd Boulevard, Suite 710, Newark, NJ 07102-5423 |
| 519233953 | *+ | Leonard Franco, Midland Credit Management, Inc., 1037 Raymomnd Boulevard, Suite 710, Newark, NJ 07102-5423 |
| 519233954 | *+ | Leonard Franco, Midland Credit Management, Inc., 1037 Raymomnd Boulevard, Suite 710, Newark, NJ 07102-5423 |
| 519233957 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519233958 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519233959 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519233946 | ##+ | Delta Outsource Group, 62 N. Central Drive, O Fallon, MO 63366-2336 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor Alex A. Teran kfayette@kevinfayette.com |
| Matthew K. Fissel | on behalf of Creditor HomeBridge Financial Services  Inc bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Loss Mitigation Homebridge Financial Services bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                          User: admin                                    Page 4 of 4
Date Rcvd: Jul 16, 2026                       Form ID: 3180W                                 Total Noticed: 37
TOTAL: 8